A0 442 (Rev. 5/93) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## District of Minnesota

UNITED STATES OF AMERICA

## WARRANT FOR ARREST

V.

CASE NUMBER: 01-CV-535 RHK/AJB

Edwin H. Magnusen

0441-1114-0148-F

To: The United States Marshal
and any Authorized United States Officer

RECEIVED NOV 14 9 08 AM '03 US MARSHALS SERVICE MPLS., MN

YOU ARE HEREBY COMMANDED to arrest: Edwin H. Magnusen

and bring him or her forthwith to the nearest Magistrate Judge to answer an Order of the Court charging him or her with:

Failure to appear for a Debtor's Examination.

Ordered by: J. Earl Cudd, United States District Court Magistrate Judge.

G Schneider

(By) Gloria Schneider, Deputy Clerk

November 13, 2003 at Minneapolis, MN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ___________

Date Received: ______________________ Date of Arrest: ____________________

Name and Title of Arresting Officer ______________________

Signature of Arresting Officer ______________________

DATE 10-24-05
RETURNED UNEXECUTED Dismissed
U.S. MARSHAL
DISTRICT OF MINNESOTA

SCANNED
OCT 27 2005
U.S. DISTRICT COURT MPLS

DC Modified 12/17/02