UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-585 RHK/AJB

UNITED STATES OF AMERICA,

Plaintiff,

v.

EDWIN H. MAGNUSEN,

Defendant,

LOADING DOCK SPECIALISTS INC.,

Garnishee.

**GARNISHMENT ORDER**

A Writ of Garnishment was duly issued by this Court and personally served on the garnishee and on the defendant. The garnishee indicates that the defendant is currently being garnished for child support and there are no funds available for an additional garnishment,

THEREFORE, IT IS ORDERED that the Writ of Garnishment served on August 18, 2006, is hereby released.

Dated: December 8, 2006

s/ Arthur J. Boylan
Magistrate Judge
United States District Court